IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) CASE NO. 5:24-CR-41 (MTT) |
| | ) |
| **CHASON HAYES,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**ORDER**

The defendant, by and through his counsel, has moved to continue this case until the next trial term. Doc. 19. The defendant was indicted on July 9, 2024, and had his arraignment in this Court on August 21, 2024. Docs. 1; 11. No prior continuances have been granted. The defendant, by and through his counsel, now moves the Court to continue this case to the next trial term to allow additional time for defense counsel to investigate the discovery, receive additional discovery, and work toward an amicable resolution of this matter or otherwise prepare for trial if no resolution is reached. Doc. 19 ¶ 3. The government does not oppose the motion. *Id.* ¶ 5.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 19) is **GRANTED**. The case is continued from the September term until the Court's next trial term presently scheduled for **November 4, 2024**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 5th day of September, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
