# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) CASE NO. 5:24-CR-41 (MTT) |
| | ) |
| **CHASON HAYES,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

The defendant, by and through his counsel, has moved to continue this case until the next trial term. Doc. 25. The defendant was indicted on July 9, 2024, and had his arraignment in this Court on August 21, 2024. Docs. 1; 11. Two prior continuances have been granted. Docs. 20; 23. The defendant, by and through his counsel, now moves the Court to continue this case to the next trial term to allow adequate time for defense counsel to review additional discovery received from the government. Doc. 25 ¶ 3. The government does not oppose the motion. *Id.* ¶ 6.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 25) is **GRANTED**. The case is continued from the January term until the Court's next trial term presently scheduled for **March 10, 2025**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 16th day of December, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT